**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
819 SE Morrison St.
Suite 255
Portland, OR 97214
kellydonovanjones@gmail.com
Direct 503-847-4329

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN CARD,** | Case No. 3:19-cv-01515-SI |
| Plaintiff | |
| vs. | **STIPULATED DISSMISSAL WITH PREJUDICE** |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

STIPULATED DISMISSAL WITH PREJUDICE – Page 1 of 3

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties' settlement in this matter, plaintiff files this stipulated dismissal of this action with prejudice, with each party to bear their own fees and costs.

May 29, 2020

*/s/* Kelly D. Jones
Kelly D. Jones, OSB No. 074217
Law Office of Kelly D. Jones
819 SE Morrison St., Suite 255
Portland, OR 97214
Telephone:  503-847-4329
Fax:  503-715-0524
Email: kellydonovanjones@gmail.com
*Attorney for Plaintiff*

*/s/* Rebecca S. Saelao
Rebecca S. Saelao, *Pro Hac Vice*
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415-398-3344
Fax: 415-956-0439
Email: rss@severson.com
*Lead Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that service of this document will be made through the Court's electronic filing system on all parties as indicated on the electronic filing receipt.

May 29, 2020

                                                          */s/ Kelly D. Jones*
                                                         Kelly D. Jones
                                                         819 SE Morrison St., Suite 255
                                                         Portland, OR 97214
                                                         Telephone:  503-847-4329
                                                         Fax:  503-715-0524
                                                         Email: kellydonovanjones@gmail.com

                                                         *Attorney for Plaintiff*